675 A.2d 1117

IN THE MATTER OF JEFFREY W. BURNS,
AN ATTORNEY AT LAW.

May 23, 1996.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **JEFFREY W. BURNS,** of **EAST HANOVER,** who was admitted to the bar of this State in 1991, and who was

suspended from the practice of law for a period of six months retroactive to May 27, 1994, by Order of this Court dated October 17, 1995, be restored to the practice of law, effective immediately.